JAMES MARTINEZ (CA SBN 235800)
*jm@jamesmlaw.net*
**LAW OFFICE OF JAMES MARTINEZ**
2340 Powell St., Suite 317
Emeryville, CA 94608
Phone: (510) 444-7700

Attorneys for Plaintiff,
Red Bridge Law P.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED BRIDGE LAW, P.C.<br><br>　　　Plaintiff<br><br>　vs.<br><br>STEVEN LARRY KIMMEL, an individual,<br><br>　　　Defendants. | Case No.　　3:20-CV-08527<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:　Christian J. Martinez, Esq., principal and owner of Red Bridge Law, P.C.

Dated:　December 1, 2020　　　　　　　　**RESPECTFULLY SUBMITTED,**

　　　　　　　　　　　　　　　　　　　　　　/s/ James Martinez


　　　　　　　　　　　　　　　　　　　　　By: JAMES MARTINEZ
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Red Bridge Law, P.C.