1  Edwin C. Schreiber, SBN 41066
   Eric A. Schreiber,    SBN 194851
2  Ean M. Schreiber,    SBN 284361
   SCHREIBER & SCHREIBER, INC.
3  16633 Ventura Boulevard, Suite 1245
   Encino, California 91436
4
   Tel: (818) 789-2577
5  Fax: (818) 789-3391

6  Attorneys for Defendant STEVEN LARRY KIMMEL

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

12 | RED BRIDGE LAW, P.C. | Case No. 3:20-CV-08527 |
|---|---|
|  | NOTICE OF DEATH OF THE DEFENDANT, STEVEN LARRY KIMMEL |
| Plaintiff |  |
| vs. | F.R.C.P. Rule 25(a) |
|  | Honorable Salie Kim |
| STEVEN LARRY KIMMEL, an individual | Courtroom C-15th Floor |
| Defendants |  |

20     TO: The Above Honorable Court, and the Plaintiff, Red Bridge Law and its attorney of record, Law Offices of James Martinez:

22     PLEASE TAKE NOTICE that the attorney for the Defendant, Steven Larry Kimmel, has been informed that Mr Kimmel passed away within the last several days. This Notice is being given in conformance with F.R.C.P. Rule 25(a).

25   DATED: February 18, 2021          SCHREIBER & SCHREIBER, INC.

                                       BY: */s/ Edwin C. Schreiber*
                                       Edwin C. Schreiber, Attorneys for
                                       Defendant Steven Larry Kimmel

                                    1
**NOTICE OF DEATH OF DEFENDANT STEVEN LARRY KIMMEL**

**PROOF OF SERVICE BY ELECTRONIC SERVICE**

TE OF CALIFORNIA           )
COUNTY OF LOS ANGELES)

      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this action; my business address is 16633 Ventura Boulevard, Suite 1245, Encino, California 91436.

      On February 18, 2021, I served the foregoing document described as NOTICE OF DEATH ETC. on the interested parties in this action by transmitting a true and correct copy via Pacer to the person(s) at the email address(ess) set forth below

James Martinez
jm@jamesmlaw.net

      I declare under penalty of perjury under the laws of the United States, that the above is true and correct.

      Executed February 18, 2021, at Encino, California.

                                        */s/ Edwin C. Schreiber*
                                        Edwin C. Schreiber

**NOTICE OF DEATH OF DEFENDANT STEVEN LARRY KIMMEL**