UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED BRIDGE LAW, P.C.,<br><br>        Plaintiff,<br><br>     v.<br><br>STEVEN LARRY KIMMEL,<br><br>        Defendant. | Case No. 20-cv-08527-SK<br><br>**ORDER TO SHOW CAUSE REGARDING NOTICE OF DEATH**<br><br>Regarding Docket No. 16 |

On February 18, 2021, counsel for Defendant Steven Larry Kimmel filed a Notice of Defendant's death. (Dkt. No. 16.) One day later, on February 19, 2021, Plaintiff filed a reply in support of its motion to strike Defendant's affirmative defense but did not mention Defendant's death. The Court HEREBY ISSUES an Order to Show Cause ("OSC") to Plaintiff to demonstrate if and how this case can or should proceed in light of Defendant's untimely death. Plaintiff shall respond to this OSC in writing by no later than March 5, 2021

**IT IS SO ORDERED**.

Dated: February 22, 2021

_____
SALLIE KIM
United States Magistrate Judge