UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED BRIDGE LAW, P.C.,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN LARRY KIMMEL,<br><br>    Defendant. | Case No. 20-cv-08527-SK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 19 |

The parties noted that in light of Defendant's death, they are waiting for an executor or heir to make an appearance. The parties did not state whether Defendant's counsel has been in contact with anyone from Defendant's estate and/or whether they anticipated an executor or heir to make an appearance. The Court HEREBY CONTINUES the Case Management Conference to May 10, 2021. The parties shall file an updated joint case management statement by no later than May 3, 2021. Additionally, if an executor or heir has not yet made an appearance by May 3, 2021, the parties shall file a request for a further continuation. In such request, the parties shall provide as much information as possible regarding the status of any such appearance, including whether they expect an appearance and an estimate regarding the timing.

**IT IS SO ORDERED**.

Dated: March 2, 2021

_____
SALLIE KIM
United States Magistrate Judge