UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED BRIDGE LAW, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN LARRY KIMMEL,<br><br>Defendant. | Case No. 20-cv-08527-SK<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROSECUTE**<br><br>Regarding Docket No. 22 |

On March 8, the Court continued the hearing on Plaintiff's motion to strike to May 10, 2021 and ordered the parties to inform the Court by no later than May 3, 2021 as to whether a representative of Defendant will appear and defend this case and directed the parties to provide their positions on whether Plaintiff may proceed against a representative or estate, or whether Plaintiff cannot proceed in light of Defendant's death. (Dkt. No. 22.) The Court also continued the case management conference to May 10, 2021 and set May 3, 2021 as the deadline to file a joint case management statement. To date, the parties have not filed any further update or case management statement.

Therefore, the Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff shall file a written response to this Order to Show Cause by no later than May 14, 2021. Plaintiff is admonished that if it fails to file a response to this Order to Show Cause by May 14, 2021, the Court will dismiss this action for failure to prosecute.

///

///

///

///

The Court FURTHER ORDERS that the hearing on the motion to strike and the case management conference are VACATED and will be reset, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: May 4, 2021

_____
SALLIE KIM
United States Magistrate Judge