# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CAIFORNIA

FILED
DEC 20 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RED BRIDGE LAW, P.C.

v.

LEGAL EXPERTS, INC., ET AL

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NO.20-CV-08527-SK

Notice is hereby given that, subject to approval by the court FATIM GORBAGLOU Substitutes herself in place of Michael Callon

Contact information of new counsel is as follows:

Firm Name: FATIM GORBAGLOU, IN PRO PER

Address: 6333 Van Nuys Blvd., Van Nuys CA 91401

Telephone: 323 447 7448

I consent to the above substitution

Date:_____

I Consent to being substituted

_____
Signature of Former attorney(s)

I consent to the above substitution

_____
Signature of new attorney(s)

The substitution of attorney is herby approved and so ORDERED

Date:_____            _____

                                   JUDGE

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Michael Callon
6262 A Van Nuys Blvd.
Van Nuys, CA 91401

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RED BRIDGE LAW | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 20-CV-08527-SK |
| v. | |
| LEGAL EXPERTS, ET AL | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On 12/14, 2021, I served a true copy of SUBSTITUTION OF ATTORNEYS by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Van Nuys, CA
Executed on 12/14, 2021 at Van Nuys, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                         Party Served

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE