James Martinez (SBN 235800)
JM@Jamesmlaw.net
**LAW OFFICE OF JAMES MARTINEZ**
2340 Powell Street, #317
Emeryville, CA 94608
Telephone: (510) 444-7700

Attorney for Plaintiff
**Red Bridge Law P.C.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(San Jose Division)**

| | |
|---|---|
| **RED BRIDGE LAW, P.C.,** | Case No. 20-CV-08527-EJD |
| Plaintiff, | **DECLARATION OF JAMES MARTINEZ REGARDING JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| **LEGAL EXPERTS INC., a California Corporation; MICHAEL COHEN, an individual; RICHARD LONG, an individual; STEVEN WHITE, an individual,** | |
| Defendants. | |

I, James Martinez, declare:

1. I contacted Michael Callon on November 11, 2021 regarding a joint statement, no response was received. Mr. Callon was again contacted via email on January 3, 2022, and again no response was received. The Court contacted us regarding the untimeliness of our joint statement, and an email was sent on May 26, 2022 regarding our joint statement and no response was received.

2. A Consent Order substituting Fatim Gorbaglou In Pro Per for Michael Callon was

1         filed on December 20, 2021 (Docket #52).  I performed a search on the California State Bar Website.  There are no attorneys listed under "Fatim Gorbaglou", nor "Fatim", nor "Gorbaglou".  I also called the phone number on the Consent Order for Fatim Gorbaglou.  It was answered "law offices".  I spoke with "Moshe" and with "Christine Demerchant" who identified herself as a paralegal.  No one there knew who he or she was, or even heard of Fatim Gorbaglou.  Michael Callon was there, but as he is a potential defendant and no longer attorney of record for defendants, I chose not to speak with him.  Fatim Gorbaglou is not presently a defendant, and in California, a corporation must be represented by an attorney.

3. After receiving the Court's Order regarding the submission of a Joint Case Management Statement by June 6th, on May 31st I sent an email to Defendants' email address stating, "To Fatim Gorbaglou, or to whomever is representing Defendants, please contact me immediately to confer on a joint case management statement as ordered by the Court."  No response was ever received.

4. I respectfully request that discovery be opened as it is defendants who have documents relevant to this case.

Dated: June 6, 2022        **LAW OFFICE OF JAMES MARTINEZ**

          /s/   James Martinez
JAMES MARTINEZ
Attorneys for Plaintiff
RED BRIDGE LAW, P.C.

- 2 -