James Martinez (SBN 235800)
JM@Jamesmlaw.net
**LAW OFFICE OF JAMES MARTINEZ**
2340 Powell Street, #317
Emeryville, CA 94608
Telephone: (510) 444-7700

Attorney for Plaintiff
**Red Bridge Law P.C.**

GRANTED
Judge Edward J. Davila
10/6/2022

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
### (San Jose Division)

| | |
|---|---|
| **RED BRIDGE LAW, P.C.,** | Case No. 20-CV-08527-EJD |
| Plaintiff, | **REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| **LEGAL EXPERTS INC.**, a California Corporation; **MICHAEL COHEN**, an individual; **RICHARD LONG**, an individual; **STEVEN WHITE**, an individual, | |
| Defendants. | |

Plaintiff hereby requests dismissal of the Second Amended Complaint without prejudice as to all defendants.

Dated: October 5, 2022        **LAW OFFICE OF JAMES MARTINEZ**


　　　　　　　　　/s/   James Martinez
　　　　　　　　JAMES MARTINEZ
　　　　　　　　Attorneys for Plaintiff
　　　　　　　　RED BRIDGE LAW, P.C.